## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brandon Jabs,

        Plaintiff,                   Civil No. 08-5508 (RHK/RLE)

vs.

**ORDER**

Robert B. Jones, Ph.D., Arlene M. Jones,
The Farm on St. Mathias LLC, a Minnesota
Limited liability company,

        Defendants.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 15, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge